UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE FABIAN FELIX-BURGOS,<br><br>    Defendant. | Case No. 4:13-cr-00219-BLW<br><br>**ORDER DENYING DEFENDANT'S MOTION TO MODIFY SENTENCE** |

Pending before the Court is the Defendant's Motion to Modify Sentence pursuant to 18 U.S.C. § 3582(c) (Docket No. 190). The Defendant's motion seeks a reduction in his sentence as a result of Sentencing Guidelines Amendment 782, which amended Section 2D1.1 by retroactively reducing by two levels the base offense levels in the drug quantity table.

The Court has reviewed the Defendant's motion, the Government's response, and the sentencing materials in this case. The record reflects that the Defendant received a two-level variance from his advisory guideline range at sentencing in anticipation of Amendment 782. The Court specifically noted that it would not entertain a motion to further the sentence based upon the anticipated change in the guideline. Because of this variance, the Defendant is not eligible for further reduction of his sentence.

THEREFORE, IT IS HEREBY ORDERED that the Motion to Modify Sentence (Docket No. 190) is DENIED.

DATED: March 30, 2015

B. Lynn Winmill
Chief Judge
United States District Court

ORDER DENYING DEFENDANT'S MOTION TO MODIFY SENTENCE – 1